SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
DAVID R. GARCIA, Cal. Bar No. 151349
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:    (310) 228-3700
Facsimile:    (310) 228-3701
E-mail:       kraygor@sheppardmullin.com
              drgarcia@sheppardmullin.com
              valter@sheppardmullin.com

Attorneys for Defendants CONQUEST STUDENT HOUSING, LLC; BRIAN CHEN; ALAN SMOLINISKY; CASEY SMITH; MARIANO BAEZ: and JULIO ORELLANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA, a non-profit corporation and private university; UNIVERSITY GATEWAY DEVELOPMENT, LLC, a Delaware limited liability company; and URBAN PARTNERS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CONQUEST STUDENT HOUSING, LLC, a California limited liability company; BRIAN CHEN, also known as Chien-Chih Chen, a individual; ALAN SMOLINISKY, an individual; CASEY SMITH, an individual; MARIANO BAEZ, an individual; JULIO ORELLANO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-5737 ODW (AJWx)<br><br>**DEFENDANT CONQUEST STUDENT HOUSING, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[FED. R. CIV. P. 7.1(a)] |

1

Pursuant to FED. R. CIV. P. 7.1(a) ("*A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.*"), the undersigned counsel of record for defendant Conquest Student Housing, LLC ("Conquest") certifies as follows: Conquest has no parent corporation. No publicly traded corporation owns 10% or more of Conquest.

Dated: November 7, 2007    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
KENT R. RAYGOR

Attorneys for Defendants
CONQUEST STUDENT HOUSING, LLC;
BRIAN CHEN; ALAN SMOLINISKY;
CASEY SMITH; MARIANO BAEZ: and
JULIO ORELLANO

400517016.1

-1-