| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | LAWRENCE P. RIFF, Cal. Bar No. 104926 |
| 2 | JASON LEVIN, Cal. Bar No. 161807 |
| | 633 West Fifth Street, Suite 700 |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 439-9400 |
| 4 | Facsimile: (213) 439-9599 |
| | E-mail: lriff@steptoe.com; jlevin@steptoe.com |
| 5 | Attorneys for Plaintiffs UNIVERSITY OF SOUTHERN |
| | CALIFORNIA; UNIVERSITY GATEWAY |
| 6 | DEVELOPMENT, LLC; and URBAN PARTNERS, LLC |
| | [additional addresses for Plaintiffs' counsel on last page] |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
  Attorneys for Defendants CONQUEST
  STUDENT HOUSING, LLC; BRIAN CHEN;
  ALAN SMOLINISKY; CASEY SMITH;
  MARIANO BAEZ: and JULIO ORELLANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA, a non-profit corporation and private university; UNIVERSITY GATEWAY DEVELOPMENT, LLC, a Delaware limited liability company; and URBAN PARTNERS, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CONQUEST STUDENT HOUSING, LLC, a California limited liability company; BRIAN CHEN, also known as Chien-Chih Chen, a individual; ALAN SMOLINISKY, an individual; CASEY SMITH, an individual; MARIANO BAEZ, an individual; JULIO ORELLANO, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 07-5737 ODW (AJWx) <br><br> **STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** <br><br> [ORDER THEREON SUBMITTED CONCURRENTLY HEREWITH IN A SEPARATE ATTACHMENT FOR E-FILING PURPOSES] <br><br> COMPLAINT filed: September 4, 2007 |

1  All of the parties to this action have agreed to settle their differences.
2 As part of their settlement, they have entered into a Settlement Agreement that
3 resolves all claims, counterclaims, causes of action, and defenses asserted in this
4 action. Also as part of their settlement, the parties have agreed to a STIPULATED
5 PERMANENT INJUNCTION (lodged concurrently herewith) that is to be entered by this
6 Court ***before*** the entry of this dismissal. The parties have agreed to jointly request
7 that the Court dismiss this entire action with prejudice once that STIPULATED
8 PERMANENT INJUNCTION is entered by this Court. Therefore, IT IS HEREBY
9 STIPULATED by and among (1) plaintiffs **University of Southern California**,
10 **University Gateway Development, LLC**, and **Urban Partners, LLC**; and (2)
11 defendants **Conquest Student Housing, LLC**, **Brian Chen**, **Alan Smolinisky**,
12 **Casey Smith**, **Mariano Baez**, and **Julio Orellano**, through their respective counsel
13 of record, as follows:

15  1.  Following the entry by this Court of the STIPULATED PERMANENT
16 INJUNCTION that the Parties are jointly lodging with the Court concurrently with this
17 STIPULATION RE DISMISSAL, this entire action and all claims, counterclaims,
18 demands, defenses, and causes of action asserted in it by the parties shall be
19 dismissed with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE
20 41(a)(1)(ii).

22  2.  Each party shall bear his or its own attorneys' fees and costs
23 incurred in connection with this action.

-1-

| | | |
|---|---|---|
| 1 | Dated: January 1̲7̲, 2008 | STEPTOE & JOHNSON LLP |
| 2 | | LAWRENCE P. RIFF |
| | | HOWARD H. STAHL |
| 3 | | KARL M. TILLEMAN |
| | | JASON LEVIN |

Dated: January 17, 2008        STEPTOE & JOHNSON LLP
                               LAWRENCE P. RIFF
                               HOWARD H. STAHL
                               KARL M. TILLEMAN
                               JASON LEVIN

By _____
   JASON LEVIN
   Attorneys for Plaintiffs UNIVERSITY
   OF SOUTHERN CALIFORNIA; UNIVERSITY
   GATEWAY DEVELOPMENT, LLC; and
   URBAN PARTNERS, LLC

Dated: January 18, 2008        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
   KENT R. RAYGOR
   Attorneys for Defendants CONQUEST
   STUDENT HOUSING, LLC; BRIAN CHEN;
   ALAN SMOLINISKY; CASEY SMITH;
   MARIANO BAEZ: and JULIO ORELLANO

*Other Addresses For Plaintiffs' Counsel*:

STEPTOE & JOHNSON LLP
HOWARD H. STAHL (admitted *pro hac vice*)
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  (202) 429-8060
Facsimile:  (202) 429-3902
E-mail:     hstahl@steptoe.com

STEPTOE & JOHNSON LLP
KARL M. TILLEMAN (admitted *pro hac vice*)
Collier Center
201 East Washington Street, 16th Floor
Phoenix, Arizona 85004
Telephone:  (602) 257-5244
Facsimile:  (602) 257-5299
E-mail:     ktilleman@steptoe.com

400652342.4