1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA, a non-profit corporation and private university; UNIVERSITY GATEWAY DEVELOPMENT, LLC, a Delaware limited liability company; and URBAN PARTNERS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CONQUEST STUDENT HOUSING, LLC, a California limited liability company; BRIAN CHEN, also known as Chien-Chih Chen, a individual; ALAN SMOLINISKY, an individual; CASEY SMITH, an individual; MARIANO BAEZ, an individual; JULIO ORELLANO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-5737 ODW (AJWx)<br><br>**ORDER ON STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**<br><br>[STIPULATION OF ALL PARTIES THEREON SUBMITTED CONCURRENTLY HEREWITH]<br><br>COMPLAINT filed: September 4, 2007 |

1  This Order is pursuant to a document entitled "STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)" signed by counsel of record for all parties to this action and filed with this Court on January 22, 2008.  This Court finds that good cause exists for the relief requested in that STIPULATION.  Therefore, IT IS HEREBY ORDERED as follows:

1.  Following the entry by this Court of the STIPULATED PERMANENT INJUNCTION that the Parties are jointly filing with the Court concurrently with this STIPULATION RE DISMISSAL, this entire action and all claims, counterclaims, demands, defenses, and causes of action asserted in it by the parties shall be and hereby are dismissed with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii).

2.  Each party shall bear his or its own attorneys' fees and costs incurred in connection with this action.

Dated: January __, 2008

_____
THE HON. OTIS D. WRIGHT II, JUDGE OF
THE UNITED STATES DISTRICT COURT

*Submitted on January 22, 2008 by*:

STEPTOE & JOHNSON LLP
LAWRENCE P. RIFF, Cal. Bar No. 104926
JASON LEVIN, Cal. Bar No. 161807
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile:   (213) 439-9599
E-mail:      lriff@steptoe.com
             jlevin@steptoe.com

| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP<br>HOWARD H. STAHL (admitted *pro hac vice*) |
| 2 | 1330 Connecticut Avenue, NW<br>Washington, D.C. 20036 |
| 3 | Telephone: (202) 429-8060<br>Facsimile: (202) 429-3902 |
| 4 | E-mail: hstahl@steptoe.com |
| 5 | STEPTOE & JOHNSON LLP<br>KARL M. TILLEMAN (admitted *pro hac vice*) |
| 6 | Collier Center |
| 7 | 201 East Washington Street, 16th Floor<br>Phoenix, Arizona 85004 |
| 8 | Telephone: (602) 257-5244<br>Facsimile: (602) 257-5299<br>E-mail: ktilleman@steptoe.com |
| 9 | |
| 10 | Attorneys for Plaintiffs UNIVERSITY OF SOUTHERN CALIFORNIA; UNIVERSITY GATEWAY DEVELOPMENT, LLC; and URBAN PARTNERS, LLC |
| 11 | |
| 12 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>KENT R. RAYGOR, Cal. Bar No. 117224 |
| 13 | 1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017 |
| 14 | Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>E-mail: kraygor@sheppardmullin.com |
| 15 | |
| 16 | Attorneys for Defendants CONQUEST STUDENT HOUSING, LLC; BRIAN CHEN; ALAN SMOLINISKY; CASEY SMITH; |
| 17 | MARIANO BAEZ: and JULIO ORELLANO |
| 18 | |
| 19 | |
| 20 | 400679818.2 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |