**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA, a non-profit corporation and private university; UNIVERSITY GATEWAY DEVELOPMENT, LLC, a Delaware limited liability company; and URBAN PARTNERS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CONQUEST STUDENT HOUSING, LLC, a California limited liability company; BRIAN CHEN, also known as Chien-Chih Chen, a individual; ALAN SMOLINISKY, an individual; CASEY SMITH, an individual; MARIANO BAEZ, an individual; JULIO ORELLANO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-5737 ODW (AJWx)<br><br>**ORDER ON STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**<br><br>[STIPULATION OF ALL PARTIES THEREON SUBMITTED CONCURRENTLY HEREWITH]<br><br>COMPLAINT filed:   September 4, 2007 |

This Order is pursuant to a document entitled "STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)" signed by counsel of record for all parties to this action and filed with this Court on January 22, 2008. This Court finds that good cause exists for the relief requested in that STIPULATION. Therefore, IT IS HEREBY ORDERED as follows:

1. Following the entry by this Court of the STIPULATED PERMANENT INJUNCTION that the Parties are jointly filing with the Court concurrently with this STIPULATION RE DISMISSAL, this entire action and all claims, counterclaims, demands, defenses, and causes of action asserted in it by the parties shall be and hereby are dismissed with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii).

2. Each party shall bear his or its own attorneys' fees and costs incurred in connection with this action.

Dated: January 23, 2008

_____
THE HON. OTIS D. WRIGHT II, JUDGE OF
THE UNITED STATES DISTRICT COURT

<u>Submitted on January 22, 2008 by</u>:

STEPTOE & JOHNSON LLP
LAWRENCE P. RIFF, Cal. Bar No. 104926
JASON LEVIN, Cal. Bar No. 161807

-1-

633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599
E-mail:  lriff@steptoe.com
         jlevin@steptoe.com

STEPTOE & JOHNSON LLP
HOWARD H. STAHL (admitted *pro hac vice*)
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  (202) 429-8060
Facsimile:  (202) 429-3902
E-mail:  hstahl@steptoe.com

STEPTOE & JOHNSON LLP
KARL M. TILLEMAN (admitted *pro hac vice*)
Collier Center
201 East Washington Street, 16th Floor
Phoenix, Arizona 85004
Telephone:  (602) 257-5244
Facsimile:  (602) 257-5299
E-mail:  ktilleman@steptoe.com

    Attorneys for Plaintiffs UNIVERSITY OF SOUTHERN CALIFORNIA; UNIVERSITY GATEWAY DEVELOPMENT, LLC; and URBAN PARTNERS, LLC

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
E-mail:  kraygor@sheppardmullin.com

    Attorneys for Defendants CONQUEST STUDENT HOUSING, LLC; BRIAN CHEN; ALAN SMOLINISKY; CASEY SMITH; MARIANO BAEZ: and JULIO ORELLANO

400679818.2